IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL MCKINNEY,

    Plaintiff,

v.                                                                                           No. 25-cv-39 JMC/LF

CURRY COUNTY 9TH DISTRICT
ATTORNEY'S OFFICE, *et al.*,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court following Plaintiff Michael McKinney's failure to prosecute his *pro se* Prisoner Civil Rights Complaint (Doc. 1) (Complaint). Plaintiff is proceeding *pro se* and was incarcerated when he initiated this case. On January 13, 2025, he filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2), but he did not submit a six-month inmate account statement. The inmate account statement is required by statute in all cases where, as here, an inmate files a complaint without prepaying the filing fee. *See* 28 U.S.C. § 1915(a)(2). By an Order to Cure Deficiencies entered July 21, 2025, the Court directed Plaintiff to file the statement within thirty days. *See* (Doc. 3). The Order warns that the failure to timely comply will result in dismissal of this case without further notice.

The deadline to submit an account statement was August 20, 2025. Plaintiff did not comply, show cause for such failure, or otherwise respond to the Order, which was returned as undeliverable. *See* (Doc. 4). Plaintiff has also not provided an updated address as required by D.N.M. Local Civil Rule 83.6. For these reasons, the Court will dismiss the Complaint without prejudice pursuant to Fed. R. Civ. P. 41(b) for "failure to prosecute or comply with the rules of

civil procedure or court's orders." *Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003); *see also Salazar v. Arapahoe Cty. Det. Facility*, 787 Fed. App'x 542, 543 (10th Cir. 2019) (affirming dismissal order where plaintiff failed to "address[] the inmate account statement or explain[] his failure to comply with the ordered deadline"). The Court will also deny Plaintiff's pending Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2), which is now moot.

**IT IS THEREFORE ORDERED** that Plaintiff Michael McKinney's Prisoner Civil Rights Complaint (**Doc. 1**) is **DISMISSED without prejudice**; his Application to Proceed in District Court Without Prepaying Fees or Costs (**Doc. 2**) is **DENIED as moot**; and the Court will enter a separate judgment closing this civil case.

_____
JOEL M. CARSON III
UNITED STATES CIRCUIT JUDGE
Sitting by Designation