IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL MCKINNEY,

    Plaintiff,

v.                                                                                                      No. 25-cv-39 JMC/LF

CURRY COUNTY 9TH DISTRICT
ATTORNEY'S OFFICE, *et al.*,

    Defendants.

### FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED without prejudice**.

_____
JOEL M. CARSON III
UNITED STATES CIRCUIT JUDGE
Sitting by Designation